**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

```
-----------------------------------------------------------------X
                                                                 :
MALIBU MEDIA, LLC,                                               :
                                                                 :   Case No. 1:16-cv-00382-FJS-DEP
                                  Plaintiff,                     :
                                                                 :
                vs.                                              :
                                                                 :
JOHN DOE subscriber assigned IP address                          :
24.188.48.5,                                                     :
                                                                 :
                                  Defendant.                     :
-----------------------------------------------------------------X
```

## STATUS REPORT

This case was filed against a John Doe against the internet subscriber assigned the referenced IP address 24.188.48.5. The Defendant's name and address is not presently known to Plaintiff. On May 2, 2016, this Honorable Court granted Plaintiff leave to Serve a Third Party Subpoena on the Defendant's Internet Service Provider, Optimum Online [CM/ECF 6]. Plaintiff served the subpoena on the ISP on or about May 16, 2016, and expected to receive the ISP's response by June 24, 2016. Undersigned has followed up with the ISP regarding the overdue responses and will continue to follow up with the ISP until it receives a response. Plaintiff request leave to file a status report when the ISP responses and at that time to request a new service date.

Respectfully submitted,

By:    /s/ *Jacqueline M. James*
        Jacqueline M. James, Esq. (1845)
        The James Law Firm, PLLC
        445 Hamilton Avenue
        Suite 1102
        White Plains, New York 10601
        T: 914-358-6423
        F: 914-358-6424
        E-mail: jjameslaw@optonline.net
        *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 16, 2016, I electronically filed the foregoing document with the Clerk of the Court and all parties using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

By:    /s/ *Jacqueline M. James*
        Jacqueline M. James, Esq. (1845)